**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CLARA INES CRUZ, )<br>  *Plaintiff*, )<br>       )<br>v.       )<br>       )<br>UNITED STATES OF AMERICA. )<br>  *Defendant.*   ) | CIVIL ACTION NO. |

## COMPLAINT

## JURISDICTION and VENUE

1. The United States District Court has original jurisdiction of the claims as they are brought pursuant to the Federal Tort Claims Act for money damages as compensation for loss of property and personal injuries caused by the negligent and wrongful acts and omissions of employees of the United States of America. 28 U.S.C. § 1346.

2. The venue is proper in the Eastern Division of the District of Massachusetts as all or a substantial part of the acts forming the basis of this claim occurred in Essex County, Commonwealth of Massachusetts.

3. On or about March 8, 2024, Plaintiff, Clara Ines Cruz, pursuant to 28 U.S.C. § 2401(b) of the Federal Tort Claims Act, presented her claim by mailing Standard Form 95, by US Certified Mail, Return Receipt Requested, with accompanying supporting documents to the appropriate Torts Claims Coordinator.

4. Plaintiff mailed the Standard Form 95 to the Greater Boston District Tort Claims Unit for the United States Postal Service, 25 Dorchester Avenue, Boston Massachusetts 02205.

5. Plaintiff mailed the Standard Form 95 to the Greater Boston District Tort Claims Unit for the United States Postal Service, within two years after the claim accrued. 28 U.S.C. § 2401(b).

6. Defendant, United States of America, received the Standard Form 95 on March 11, 2024.

7. Defendant, United States of America, by a letter dated July 3, 2024, sent an Acknowledgement of Receipt of Plaintiff's Standard Form 95.

8. The Standard Form 95 outlined the circumstances of the collision and the injuries sustained by Plaintiff.

9. Defendant has failed to issue a final denial of Plaintiff's claim in writing and six (6) months has elapsed since the mailing and receipt of the Standard Form 95. Pursuant to 28 U.S.C. § 2675(a) of the Federal Tort Claims Act, Plaintiff can, at her option, any time thereafter deem her claim denied.

10. This action is timely filed, as Plaintiff Clara Ines Cruz filed her complaint six (6) months after the Defendant received her Standard Form 95 claim.

11. Plaintiff Clara Ines Cruz is entitled to a jury-waived trial pursuant to the Federal Tort Claims Act provisions.

## **PARTIES**

12. Plaintiff, Clara Ines Cruz, is an individual who resides at 44 Veterans Memorial Drive, Peabody, Essex County, Massachusetts, and thus is a resident of the Eastern Division of the District of Massachusetts.

13. The United States Postal Service is an independent establishment of the executive branch of the Government of the United States of America. 39 U.S.C. § 201.

14. The United States Postal Service's employee, Brett Bennett, is an individual residing in Beverly, Essex County, Massachusetts.

15. On or about July 8, 2022, an employee of the United States Postal Service, Brett Bennett negligently operated a motor vehicle.

16. All negligent acts were committed by an employee of the United States Postal Service acting within the course and scope of their employment at the time of the collision. Therefore any claim shall be deemed an action against the United States, and the United States shall be the party defendant. 28 U.S.C. § 2679 (d)(1).

## FACTS

17. On or about July 8, 2022, at approximately 3:41 p.m., the Plaintiff, Clara Ines Cruz, was operating a 2021 Mazda CX9 ("Mazda") bearing a Massachusetts registration.

18. At all relevant times, the Plaintiff, Clara Ines Cruz, was traveling southbound on Kernwood Avenue, Beverly, Essex County, Massachusetts.

19. At all relevant times, the Plaintiff, Clara Ines Cruz, was operating the Mazda in the right lane, driving straight within her lane of travel.

20. At all relevant times, the Plaintiff, Clara Ines Cruz, was operating the Mazda in the exercise of due care.

21. On or about July 8, 2022, at approximately 3:41 p.m., the United States Postal Service owned a Chevrolet Blazer ("Chevrolet") bearing a Massachusetts registration.

22. At all relevant times, the employee, Brett Bennett, was operating the Chevrolet in the course and scope of his employment with the United States Postal Service.

23. At all relevant times, the employee, Brett Bennett, was traveling east on Leech Street, Beverly, Essex County, Massachusetts.

24. At all relevant times, the path of travel of the employee, Brett Bennett, on Leech Street at the intersection with Kernwood Avenue was controlled by a stop sign.

25. On or about July 8, 2022, at approximately 3:41 p.m., the employee, Brett Bennett, negligently operated the Chevrolet by proceeding forward onto Kernwood Avenue after stopping at the stop sign that controlled his path of travel and accelerated into the intersection of Leech Street and Kernwood Avenue, Beverly, Essex County, Massachusetts.

26. As a direct and proximate result of the employee's negligence the Chevrolet collided with the Mazda, that had the right of way, and pushed it into oncoming traffic, causing the Mazda to collide head-on with another vehicle and causing airbags to deploy.

27. As a direct and proximate result of the employee's negligence, the Plaintiff's Mazda sustained damages in the collision in the amount of $28,181.88.

28. On or about July 8, 2022, the Plaintiff, Clara Ines Cruz, was transported via ambulance to the emergency department of Beth Israel Lahey Health for the injuries she received in the collision.

29. As a direct and proximate result of the motor vehicle collision, Plaintiff, Clara Ines Cruz, received physical injuries, incurred $7,537.08 in medical bills, and endured physical and mental pain and suffering.

## COUNT I
### (Negligence)

30. Plaintiff, Clara Ines Cruz, realleges and incorporates by reference all the preceding paragraphs of this Complaint.

31. As a direct and proximate result of the negligence of the Defendant United States of America, the Plaintiff, Clara Ines Cruz, suffered significant personal injuries. She has

suffered and will continue to suffer great pain of body and anguish of mind; her ability to

work, to earn income and perform her usual activities has been restricted; her health has

been impaired; she has incurred expenses for continued medical care and treatment, and

her ability to enjoy a normal life has been adversely affected.

32. WHEREFORE, the Plaintiff, Clara Ines Cruz, demands judgement and prays for relief

against Defendant United States of America as follows:

1.  An award of compensatory damages for her injuries to be determined at trial.

2.  An award of interest, costs, and reasonable attorney's fees.

3.  Such other and further reasonable relief as the Court deems just and fair.

Respectfully submitted,

Plaintiff, Clara Ines Cruz,
By her attorney,

/s/ John Bita

_____
John Bita, BBO No. 667886
jbita@jeffreysglassman.com
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
Dated: *May 30, 2025*                    (617) 777-7777